## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
## Eastern Division

Heather Picquelle

                           Plaintiff,

v.

                           Case No.: 1:23−cv−16340

                           Honorable John F. Kness

The Partnerships and Unincorporated Associations Identified on Schedule A, et al.

                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 2, 2024:

      MINUTE entry before the Honorable John F. Kness: Defendant WENY Store's Unopposed motion for extension of time to respond to the complaint [24] is granted. Defendant WENY Store must answer or otherwise plead to Plaintiff's complaint on or before 4/19/2024. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.