UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Heather Picquelle

                        Plaintiff,

v.                                                               Case No.: 1:23−cv−16340

                                                          Honorable John F. Kness

The Partnerships and Unincorporated Associations
Identified on Schedule A, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 2, 2024:

      MINUTE entry before the Honorable John F. Kness: Defendant newhero's Unopposed motion for extension of time [26] is granted. Defendant newhero must answer or otherwise plead to Plaintiff's complaint on or before 4/29/2024. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.